**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 99-7550**

—————————

In Re: RESTONEY ROBINSON,

Petitioner.

—————————

On Petition for Writ of Mandamus.  (CA-99-445)

—————————

Submitted:  January 20, 2000          Decided:  January 28, 2000

—————————

Before WILLIAMS, MICHAEL, and TRAXLER, Circuit Judges.

—————————

Petition denied by unpublished per curiam opinion.

—————————

Restoney Robinson, Petitioner Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Restoney Robinson filed this mandamus petition challenging the dismissal without prejudice of his 42 U.S.C.A. § 1983 (West Supp. 1999) action.  Where there is another available remedy, mandamus relief is not available.  See In re Beard, 811 F.2d 818, 826 (4th Cir. 1987).  Mandamus relief is not a substitute for appeal.  See In re United Steelworkers, 595 F.2d 958, 960 (4th Cir. 1979).  Robinson could have challenged the dismissal of his action by filing an appeal.  Accordingly, we deny mandamus relief.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED